# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *
                                    *
**TPMC-ENERGYSOLUTIONS**             *
**ENVIRONMENTAL SERVICES 2008,**     *
**LLC,**                             *
                                    *
       **Plaintiff,**    *   No. 15-1566C
                                    *   Filed: July 9, 2018
   **v.**                         *
                                    *
**UNITED STATES,**                   *
                                    *
       **Defendant.**    *
                                    *
* * * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the plaintiff's July 2, 2018 motion to voluntarily dismiss the above captioned case without prejudice. Pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims (2018), the court **ORDERS** that the above captioned case be **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

                                              s/Marian Blank Horn
                                              **MARIAN BLANK HORN**
                                                    **Judge**